# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**James P Bailey,**
    **Plaintiff,**

-vs-                                                                                                                            Case No.  1:23-CV-422

**Attorney General of the United States, et al.,**
    **Defendant(s).**

## JUDGMENT IN A CIVIL CASE

|   |   |   |
|---|---|---|
|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

### IT IS ORDERED AND ADJUDGED

Defendants' Motion (Doc. 12 ) is GRANTED. Accordingly, Plaintiff's Complaint (Doc. 1 ) is DISMISSED WITH PREJUDICE. Plaintiff's Motion for Leave to File a Motion for Summary Judgment.

Date:  August 15, 2024                                                        Richard W. Nagel, CLERK

                                                                                                      By: s/ Ketsorin VanDyke

                                                                                                      Ketsorin VanDyke, Deputy Clerk